UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-2141
(1:24-cv-00126-BAH)

_____

SHELIA KNOX

    Plaintiff - Appellant

v.

AMAZON.COM SERVICES, LLC

    Defendant - Appellee

---

This case has been opened on appeal.

| Originating Court | United States District Court for the District of Maryland at Baltimore |
|---|---|
| Originating Case Number | 1:24-cv-00126-BAH |
| Date notice of appeal filed in originating court: | 11/12/2024 |
| Appellant(s) | Sheila Knox |
| Appellate Case Number | 24-2141 |
| Case Manager | Kirsten Hancock<br>804-916-2704 |